UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
10 FEB 19 AM 10:08

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>JOSE OSCAR RENDEROS,<br><br>　　　　　　　　Defendant. | CASE NO. 10cr0128 WQH<br><br>JUDGMENT OF DISMISSAL |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) of: ___8:1326(a)and(b)___

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: February 17, 2010

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Anthony J. Battaglia
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE